[No. 15165–7–I.   Division One.   March 17, 1986.]

ANASTASIOS TSANTILAS, *Individually and as Personal Representative,* ET AL, *Appellants,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–10492–1, George T. Mattson, J., entered July 17, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Ringold and Webster, JJ.

[No. 16021–4–I.   Division One.   March 17, 1986.]

*In the Matter of the Marriage of* HEIDI MASTENBROEK, *Petitioner, and* PETER ALEXANDER MASTENBROEK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–10917–9, Lee Kraft, J., entered January 11, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 12368–8–I.   Division One.   March 17, 1986.]

NORTHWESTERN COMMERCIAL BANK, *Respondent,* v. STEVEN H. GIBSON, ET AL, *Defendants,* PETER ZENDER, ET AL, *Appellants,* DANA T. SIEBEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–2–00863–8, Byron L. Swedberg, J., entered September 17, 1982. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.